UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOULDING,

      Plaintiff,   No. 15-12706

v.   District Judge Robert H. Cleland
    Magistrate Judge R. Steven Whalen

BHAMINI SUDHIR, ET AL.,

      Defendants.
_____/

## ORDER

Plaintiff Timothy Boulding, a *pro se* prison inmate in the custody of the Michigan Department of Corrections, has filed a Motion Requesting Rule 26(f) Meeting [Doc.#20].

Fed.R.Civ.P. 26(f), which requires a case management conference between the parties, specifically exempts proceedings "exempted from initial disclosure under Rule 26(a)(1)(B)." That Rule, in turn, exempts "an action brought without an attorney by a person in the custody of the United States, as state, or a state subdivision."

Because Plaintiff's case is exempted from the requirements of Rule 26(f), his motion [Doc. #20] is DENIED.

IT IS SO ORDERED.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2016

CERTIFICATE OF SERVICE

   I hereby certify on July 29, 2016 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants July 29, 2016.

                  s/Carolyn M. Ciesla
                  Case Manager for the
                  Honorable R. Steven Whalen