# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

TIMOTHY BOULDING,

       Plaintiff,

v.                                                        CASE No. 15-12706-DT

DR. BHAMINI SUDHIR, CORIZON HEALTH
CARE, DR. STEVEN BERGMAN AND
ALFRED JONES,

       Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation Dismissing Defendants Dr. Bhamini, Corizon Health Care and Dr. Steven Bergman on September 29, 2016 and the Order Adopting the Report and Recommendation Dismissing Defendant Alfred Jones entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Timothy Boulding.

Dated at Port Huron, Michigan, this 14th day of November, 2016.

DAVID J. WEAVER
CLERK OF COURT

BY: s/Lisa Wagner
Lisa Wagner Case  Manager to
Judge Robert H. Cleland